UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Allan Newman and Deborah Newman,
d/b/a Twin Haven Mink Ranch,

Case No. 00-257 JRT/RLE

Plaintiffs,

vs.

**ORDER OF NON-DISCLOSURE**

United Vaccines, Inc., a division of Harlan Sprague Dawley, Inc.,

Defendant.

It being represented to the Court that the Plaintiffs have requested documents from the Defendant, United Vaccines, Inc., which involve trade secrets, confidential research, proprictary materials and development and/or commercial information belonging to United Vaccines; and

It being represented to the Court that United Vaccines is willing to provide these documents for inspection and review only under a Protective Order upon the hereinafter stated terms and conditions; and

It being represented to the Court that all of the parties are in agreement as to the terms of the said Protective Order; therefore,

It is hereby ORDERED that:

1. United Vaccines will disclose documents that it designates "Confidential" to the Plaintiffs and his attorneys, only pursuant to this Order and under the conditions that follow.

2. Any and all of the aforesaid materials disclosed by United Vaccines and the contents thereof shall be maintained in confidence by counsel for the Plaintiffs, shall not be photocopied or reproduced by any other means without the prior consent of counsel for United

FILED OCT 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Vaccines or until further order of this Court, and shall be used only for the purpose of this lawsuit and no other purpose.

3. Counsel for Plaintiffs may permit experts hired by the Plaintiffs in anticipation or litigation to review the documents subject to this Protective Order, but counsel for the Plaintiffs must first obtain from said experts a written statement confirming the expert's agreement to comply with every element of this Protective Order. Said experts shall agree that the contents of the documents shall not be disclosed to any other person and said documents shall not be photocopied or reproduced by any other means.

4. Notwithstanding the foregoing provisions, this Order shall be without prejudice to the right of any party to challenge the propriety of discovery on any grounds including, but not limited to, relevance, privilege, and materiality.

5. Notwithstanding the foregoing provisions, this Order shall not restrict in any manner the right of any party to offer or use as evidence at the trial of this action any of the documents subject to this Protective Order and nothing contained herein shall be construed as a waiver of any objection which might be raised as to the admissibility at trial of any evidentiary material.

6. At the conclusion of this lawsuit by settlement, jury verdict, or by judgment, all United Vaccines materials received by the Plaintiffs shall be returned to counsel for United Vaccines.

Dated: 10/3/00, 2000.

UNITED STATES DISTRICT COURT

Raymond L. Erickson

U.S. Magistrate Judge Raymond L. Erickson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Office of the Clerk
417 Federal Building
515 West First Street
Duluth, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing ***confidential original*** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 *All pleadings, motions, and other papers presented for filing shall be on 8½ x 11 inch white paper . . . flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts).*

B. Each envelope must list the following information, and ***EACH DOCUMENT IS TO BE IN A SEPARATE ENVELOPE***.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.