UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Court File No. 00-257 RLE

Allan Newman and Deborah Newman,
dba Twin Haven Mink Ranch, Plaintiffs,

vs.

United Vaccines, Inc., a division
of Harlan Sprague Dawley, Inc., Defendant.

STIPULATION

WHEREAS, The Court issued a pretrial scheduling order dated July 7, 2000; AND,

WHEREAS, The parties have diligently engaged in discovery, each party having served and answered interrogatories and requests for production of documents involving the exchange of thousands of pages of documents. No depositions have been taken to date. Rule 30(b) depositions scheduled by plaintiffs for October 10 were continued pending receipt of supplemental disclosures from defendant. Plaintiffs' Rule 30(b) depositions are now tentatively scheduled for November 28 and 29, 2000. It is anticipated that the depositions of the plaintiffs will be taken by defendant in December; AND,

WHEREAS, The parties hereto desire to adjust and/or extend the deadlines outlined in the Court's July 7, 2000, pretrial scheduling order.

THEREFORE, The parties hereto agree that the following order may be entered without the necessity of a hearing.

OCT 25 2000
FILED FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK J.H.

PEMBERTON, SORLIE, RUFER
& KERSHNER, P.L.L.P.

Dated: 10-23-00

By ______________________
H. Morrison Kershner, No. 55426
and
Adrian P. Schoone
SCHOONE, FORTUNE, LEUCK, KELLEY &
PITTS, S.C.
Attorneys for Plaintiffs

DRAWE & HEISICK

Dated: 10/24/00

By ______________________
Scott P. Drawe, No. 148325
Attorneys for Defendants

ORDER

Based on the foregoing stipulation,

IT IS HEREBY ORDERED:

That the pretrial scheduling order dated July 7, 2000, is amended as follows:

Discovery Plan

1. The period during which the parties may conduct discovery shall terminate on June 1, 2001.

2. Plaintiffs' disclosures pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure shall be made on or before January 31, 2001. The defendant's Rule 26(a)(2)(B) disclosures shall be made on or before March 2, 2001.

Non-Dispositive Motions

All non-dispositive motions shall be filed and the hearing thereon complete prior to July 2, 2001.

Dispositive Motions

All dispositive motions shall be filed and the hearing thereon complete prior to August 1, 2001.

Ready-For-Trial Date

This case shall be ready for trial on September 4, 2001, or thirty days after the Court renders its order on any dispositive motion (whichever is later) at which time the case will be placed on the Court's jury trial calendar.

Dated: October 25, 2000

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge