UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Allan Newman and Deborah Newman,
d/b/a Twin Haven Mink Ranch,

Case No. 00-257 RLE

Plaintiffs,

-vs-

United Vaccines, Inc., a division
of Harlan Sprague Dawley, Inc.,

Defendant.

**STIPULATION**

**Whereas**, the court issued a pretrial scheduling order dated July 7, 2000, and modified on October 25, 2000; and,

**Whereas**, the parties have diligently engaged in discovery and trial preparation; and,

**Whereas**, the parties have agreed to the scheduling of the oral argument of defendant's Motion for Summary Judgment on August 7, 2001, at 11:00 o'clock a.m., at the United States District Courthouse in Fergus Falls, Minnesota, and the Court's Scheduling Clerk has scheduled the oral argument at that date and time.

**Therefore**, the parties agree that the deadline for the hearing of dispositive motions shall be extended from August 1, 2001 to August 7, 2001.

FILED JUL 09 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

22 23

PEMBERTON, SORLIE, RUFER & KERSHNER, PLLP

Dated: July 5, 2001.

By: H. Morrison Kershner, Atty. I.D. 55426
Attorney for Plaintiffs
110 North Mill Street
P.O. Box 866
Fergus Falls, MN 56538-0866
Phone: (218) 736-5493

DRAWE & HEISICK

Dated: July 1, 2001.

By: Scott P. Drawe, Atty. I.D. 148325
Attorneys for Defendants
7701 France Avenue South, Suite 400
Minneapolis, MN 55435
Phone: (952) 841-2130

**ORDER**

Based on the foregoing stipulation,

It is hereby ordered:

All dispositive motions shall be filed and the hearing thereon completed on or before August 7, 2001.

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge