UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

* * * * * * * * * * * * * * * * * *

Allen Newman and Deborah Newman, d/b/a Twin haven Mink Ranch,

Plaintiff,

vs.

NOTICE OF HEARING

United Vaccines, Inc., a division of Harlan Sprague Dawley, Inc.,

Defendant.

Civ. No. 00-257(RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 27th day of July, 2001.

* * *

The Defendant has filed a Motion for Summary Judgment, and the date for Hearing is set for 11:00 a.m., Tuesday, August 7, 2001, in Fergus Falls, Minnesota. The Court now has a scheduling conflict. Therefore, the Court will reset the Hearing date on the Motion for Summary Judgment.

THEREFORE, It is --

FILED JUL 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED:

That the Hearing on the Motion for Summary Judgment is reset for **Wednesday, September 12, 2001, at 10:30 a.m., in Court Room No. 2, United States Courthouse, Fergus Falls, Minnesota**.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge