UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Allen Newman and Deborah Newman,
d/b/a Twin Haven Mink Ranch,

Plaintiffs,

vs.

CERTIFICATE OF READINESS
FOR TRIAL

United Vaccines, Inc., a division
of Harlan Sprague Dawley, Inc.,

Defendant.

Civ. No. 00-257 (RLE)

* * * * * * * * * * * * * * * * * *

TO: All counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: March 5th, 2002
At Duluth, Minnesota

FILED MAR 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________