UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Allen Newman and Deborah Newman,
d/b/a Twin Haven Mink Ranch,

Plaintiffs,

vs.

NOTICE OF RULE 16
PRETRIAL/STATUS CONFERENCE

United Vaccines, Inc., a division
of Harlan Sprague Dawley, Inc.,

Defendant.

Civ. No. 00-257 (RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 5th day of March, 2002.

* * *

The above-entitled case is deemed Ready for Trial. A Rule 16 Pretrial/Status Conference is scheduled for **Thursday, April 11, 2002, at 9:30 a.m.**, before Magistrate Judge Raymond L. Erickson, in Courtroom No. 3, Fourth Floor, United States Courthouse, 515 W. First St., Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED MAR 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______