UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Allan Newman and Deborah Newman,
d/b/a Twin Haven Mink Ranch,

Plaintiffs,

vs.

United Vaccines, Inc., a division of
Harlan Sprague Dawley, Inc.,

Defendant.

Court File No. 00-257 RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-entitled action has been fully compromised and settled.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties hereto that the claims of Plaintiffs in this matter are hereby dismissed with prejudice and on the merits and without further cost to any of the parties. It is further stipulated and agreed that any party, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: Sept 20, 2002

**PEMBERTON, SORLIE, RUFER & KERSHNER, P.L.L.P.**

H. Morrison Kershner I.D. #55426
Attorneys for Plaintiffs
110 North Mill Street
P.O. Box 866
Fergus Falls, MN 56538
(218) 736-5493

OCT 17 2002

**McCOLLUM, CROWLEY, VEHANEN, MOSCHET & MILLER, LTD.**

Dated: Sept 27, 2002

Robert L. McCollum I.D. #69802
Attorneys for Defendant
7900 Xerxes Avenue South
Suite 1300 Wells Fargo Plaza
Minneapolis, MN 55431
(952) 831-4980

**ORDER FOR JUDGMENT AND JUDGMENT**

Based upon the foregoing Stipulation, it is:

HEREBY ORDERED, that the above-captioned action be and the same hereby is dismissed with prejudice, upon the merits, and without costs, disbursements, or attorneys' fees to any party. Judgment shall be entered accordingly.

Dated this 17th day of October, 2002.

**BY THE COURT:**

Raymond L. Erickson
Judge of United States District Court